IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
MAY 25 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

Tamara B Fields &
Tamera B Fields / Personal Representing
For the Darton A. Fields Estate

_____

(Enter above the full name of the Plaintiff(s))

vs. Kansas Dept of Corrections (KDOC),
Parole Division &
Parole Officer Jacob Snyder
Name
120 SW 10th Ave 2ND Flr
Street and number
Topeka      Ks    66612
City         State     ZipCode

Case Number _____

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  Tamera B Fields

Address  5145 Kalispell, Denver Co. 80238
c/o Cecilia Fields
3854 SE 32ND Str.

Topeka, Ks 66605

SEE Back side

1

Tamora Fields/ Personal Representative For
Darton A. Fields II
3854 SE 32N Str.
Topeka, ks 66605

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant __Kansas Dept of Corrections Parole Division__

   employed at __KDOC.__

C. Additional Defendants __Parole Officer Jacob Snyder in his proffessional & personal capcity__

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
   1. Plaintiff is a citizen of the State of __Colorado__.
   2. The first-named defendant above is either __Kansas__
      a. a citizen of the State of __[illegible]__; or
      b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either
      a. a citizen of the State of __Kansas__; or
      b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐ No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

No Administrative Procedure available

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Tamara B. Fields
Name (Print or Type)
c/o Calla Fields
3854 SE 32nd Str. Topeka Ks 66605
Address

<u>      Topeka       KS      66605    </u>
City              State         Zip Code

<u>     720  464  6973     </u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

<u>                              </u>
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

<u>                              </u>
Signature of Plaintiff

Dated: <u>  5-24-2019  </u>
(Rev. 10/15)

6