UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

FILED

JUN 10 2021

TIMOTHY M O'BRIEN CLERK
By _____ Deputy

TAMARA B. FIELDS, individually and as       )
Personal representative for the estate of   )
Darton A. Fields II,                        )
                           Plaintiff,       )
V,                                          )
                                            )   Case# 21-2239-JWB
Jacob Synder, Parole Officer                )
KANSAS DEPARTMANT OF                        )
CORRECTIONS, et al.,                        )

**LOSS OF LIFE AND WRONGFUL DEATH CLAIM**

Tamara B. Fields and Tamara B. Fields/Personal Representative for the Darton A. Fields' II Estate and the family of Darton A. Fields II claim under 42 USC 1983 & KSA 60-1902 "Wrongful Death" and 42 USC 1988 & KSA 60-1801 "Survival Law" and 18 USC 242 "Color of Law" that a violation has occurred.  As a result of the violation Darton A. Fields II has had a "Loss of Life" and a "Wrongful Death"

On May 25th 2019 Kristopher Klesath shot Darton A. Fields II in front of Charlie's Liquor Store located at 1235 Huntoon in Topeka, Kansas 66604.  On May 26th 2019 Darton A. Fields II died from the gunshot wounds.  The Murder was

recorded on film. The film is currently in the Possession of The Shawnee County District Attorney's: Mike Kagay and Brett Watson.

Kristopher Klesath is a three time Absconder of Justice. Mr. Klesath has two separate prior Felony convictions. The Murder will be Mr. Klesath's third conviction.

At the time the Murder occurred, Mr. Klesath was currently in violation of his Parole.

Mr. Klesath had missed at least three of his previous pre-scheduled appointments with his Parole Officer(s) which is a violation of his Parole. It is recorded the Jacob Snyder was and currently is Mr. Klesath's Parole Officer.

Mr. Klesath failed to inform his Parole Officer(s) of his current address which is a violation of his Parole.

Mr. Klesath constantly used illegal drugs and alcohol which is a violation of his Parole.

Mr. Klesath was in possession of illegal drugs which is a violation of his Parole.

Mr. Klesath has been involved in a Shoot-out in 2018 at the intersection of Huntoon and Lincoln in front of Faith Temple Church located at 1162 Lincoln St in

Topeka, Kansas 66604 several months prior to the Murder of Darton A. Fields II. During the Shoot-out Mr. Klesath and another person was shot and wounded. Both persons were treated at local hospital. The story was in the Newspaper and on the Internet.

Mr. Klesath was in possession of a firearm which is a violation of his Parole.

Mr. Klesath shot and wounded another person which is a violation of his Parole.

Mr. Klesath was hospitalized and treated for his wounds: No investigation or an ill investigation was performed on behalf of his Parole Officer(s) Jacob Snyder, as to the nature of the wound. The investigation would have revealed a violation of his Parole.

Mr. Klesath kept company with known felons which is a violation of his Parole

Mr. Klesath bought and sold drugs and alcohol which is a violation of his Parole.

Mr. Klesath kept company with Gangs and Gang Members which is a violation of his Parole

This claim states the under "Color of Law "the Kansas Department of Corrections (shall be referred to as KDOC from here on out) and its Parole Division and its Parole Officer(s) and Mr. Klesath's Parole Officer "Jacob Snyder" Darton A Fields

suffered a loss of life and a wrongful Death. In addition, a violation of his 14th Amendment Right and 6th Amendment Right and Constitutional right to Victims Assistance.

The KDOC's Parole Division and Parole Officer "Jacob Synder" failed to Supervise, Monitor and Enforce the Terms and conditions of Mr. Klesath's Parole on multiple separate occasions. The KDOC and its Parole Division and Officer Jacob Synder failed to revoke Mr. Klesath's for any of Mr. Klesath's many violations. Had Mr. Klesath's Parole been revoked, then Mr. Klesath would have been imprisoned, therefore Mr. Klesath could NOT have shot and killed Darton A. Fields II.

Jacob Synder and The Parole Division's decision not to revocate Mr. Klesath's Parole provided the ability as well as, created, motivated, encouraged and presented the opportunity for Mr. Klesath to murder Darton A. Fields II.

As a result of the KDOC's Parole Division and Parole Officer Jacob Synder's Gross Negligence and Deliberate Indifference Darton A. Fields II had a "Loss of Life" and a "Wrongful Death".

Tamara Fields claims a violation of the 6th Amendment under the Victims' Rights and Restitution Act (VRRA), 34 U.S.C.20141 & 18 U.S.C.

In addition to the claim the family is asking for a change of Venue under 28 USC 1391 and 28USC 1404.

Dated June 10, 2021

Tamara Fields

5145 Kalispell

Denver, Colorado 80238

Mail Address P.O. Box 201662

Denver, Colorado 80220

Case 2:21-cv-02239-JWB-ADM   Document 7   Filed 06/10/21   Page 6 of 7

The family is asking for 1.5 million for "Wrongful Death" and 1.5 million under "Survival Law". Tamara Fields is asking for 1.5 million for the loss of her son's life and "Wrongful Death". Darton A. Fields II is asking for 1.5 million for his" Wrongful Death" and his "Loss of Life". The Mr. Fields and his family are asking for the Attorney fees to be paid and $200,000 for the cost of this Suit. The Family is asking the State to pay the taxes. The family is also asking the State to contribute $ 500,000 annually to the Darton A. Fields II: "Stop the Violence Peace and Prosperity Fund for African American Entrepreneurs". The family further asks the State to donate $100,000 grant on an annual basis to the aforementioned fund to be used at the family's discretion for operations of the Fund. The Family is asking the State to set aside 3 of the State's Business Contracts at a minimum of $3 million each to the Fund. The Family is asking that the 3 Business Contracts be of our choice and allocated annually on an indefinite basis. The contracts will be awarded to Entrepreneurs by the aforementioned Fund on an annual basis. The Family is also asking the State to Court Order the City of Topeka to rename the street located in front of Charlie's Liquor Store currently known as Lincoln St to be renamed the Darton A. Fields II St. The Family is asking the State to make Mr. Fields' property located at 1251 Lincoln in Topeka, Ks 66604 a private State Park free from penalties and fees. The Family is asking the State to donate seven tiny

homes for the Homeless to be placed on the property and to install a fenced-in free flowing water pump with no water bill and to install seven stone grills to be placed in front of the seven tiny homes. The outdoor grills will be used by the occupants. Also, to install seven group mailboxes for the Homeless. The Park and the Property on the Park will remain the private Park and Property of the Family and Governed by the Family. Under no circumstance can the Homeless be ran off by Officials. Last, but least the Family asks the State to issue a State Proclamation in honor of Darton A. Fields II and declare May 25th or 26th the "Darton A. Fields II Day" for his Community Service.