UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMARA B. FIELDS, individually and as personal representative for the estate of Darton A. Fields, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| KANSAS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

Case No. 21-2239-JWB

## **ORDER**

Plaintiff, proceeding pro se, brings this wrongful-death case against defendants, the Kansas Department of Corrections and Jacob Snyder, individually and in his official capacity as a parole officer.[1]  On May 27, 2021, the court denied plaintiff's motion to proceed in forma pauperis without prejudice to re-filing because plaintiff's financial affidavit in support of the motion did not set forth details about her income.[2]  On August 5, 2021, the court ordered plaintiff to either pay the court's filing fee or re-file her motion to proceed in forma pauperis (with a detailed financial affidavit) by August 23, 2021.[3]  On August 23, 2021, plaintiff filed a renewed motion to proceed in forma pauperis (ECF No.

---

[1] ECF No. 1.

[2] ECF No. 5 at 3.

[3] ECF No. 10 at 2.

12), which the court grants.  Based on the information contained in the motion and exhibits thereto, plaintiff has demonstrated a financial inability to pay the required fees.

Plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 12) is hereby granted.[4]  If not previously provided, plaintiff is directed to provide the addresses of all named defendants by no later than **September 14, 2021**, so that the Clerk of the Court may proceed with service of process.  The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

A copy of this order shall be mailed to plaintiff by certified and regular mail.

IT IS SO ORDERED.

Dated August 24, 2021, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge

---

[4] To be clear, to the extent plaintiff's renewed motion may be construed to contain a renewed request for appointment of counsel, the request remains denied at this time.  *See* May 27, 2021 Order (ECF No. 5) (denying plaintiff's motion to appoint counsel, ECF No. 4).