IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMARA B. FIELDS, individually and as personal representative for the estate of Darton A, Fields II,<br><br>     Plaintiff,<br><br>v.<br><br>KANSAS DEPARTMENT OF CORRECTIONS, *et al.*,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 21-cv-02239-JWB<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

  **COMES NOW,** Assistant Attorney General, Bryan Ross, of the Office of Attorney General Derek Schmidt, and hereby enters his appearance as counsel of record for Defendants, Kansas Department of Corrections and Officer Jacob Snyder.

               Respectfully submitted,

               OFFICE OF ATTORNEY GENERAL
               DEREK SCHMIDT

               /s/ Bryan Ross
               Bryan Ross, KS #21607
               Assistant Attorney General
               Civil Litigation
               120 SW 10th Avenue, 2nd Floor
               Topeka, Kansas, 66612-1597
               Phone: (785) 291-3988
               Fax: (785) 291-3767
               Email: bryan.ross@ag.ks.gov
               ***Attorney for Defendants***
               ***KDOC and Snyder***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of September, 2021, the above and foregoing was filed with the clerk of the court by using the CM/ECF system and that a copy of the above was served via first-class mail, postage prepaid to:

Tamara B. Fields
5145 Kalispell
Denver, Colorado 80239

                                            /s/ Bryan Ross
                                            Bryan Ross
                                            Assistant Attorney General
                                            OFFICE OF ATTORNEY GENERAL
                                            DEREK SCHMIDT