IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TAMARA B. FIELDS, individually and as
Personal representative for the estate of
Darton A. Fields II )
                Plaintiff, )
v. )  Case. No.21-cv-02239-JWB
  )
KANSAS DEPARTMENT OF CORRECTIONS )
et al., )
      Defendants. )

### REPLY TO RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Petitioner, Tamara Fields asks for two weeks additional time to respond to the "Motion to Dismiss" in that the Defendants response was sent to a different address. Corrections have been made to remedy the incorrect address. Defendants are not opposing request for the additional time. Defendants are not opposing the addition of Kristopher Klesath to this case. Petitioner is asking for a second two weeks of additional time to respond to the addition of Mr. Klesath and explore what the Administrative Remedies procedures entail. The response from the Defendants was sent to a different address. Corrections have been made to remedy the incorrect address. Defendants are not opposed to the additional time.