UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMARA B. FIELDS, individually and as personal representative for the estate of Darton A. Fields,<br><br>Plaintiff,<br><br>v.<br><br>KANSAS DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 21-2239-JWB<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Plaintiff has requested that the Clerk's Office issue numerous subpoenas[1] in this case pursuant to Fed. R. Civ. P. 45. Rule 45 governs subpoenas issued to non-parties. Because plaintiff is proceeding pro se and is not an attorney authorized to practice in the District of Kansas, she must request that the court issue subpoenas.[2] Given the procedural posture of this case, the court denies plaintiff's request without prejudice. Specifically, Fed. R. Civ. P. 26(d)(1) provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding

---

[1] The requested subpoenas are attached to this order as Exhibit 1.

[2] Fed. R. Civ. P. 45(a)(3) ("The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service. An attorney also may issue and sign a subpoena if the attorney is authorized to practice in the issuing court.").

exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order."

The court has not issued an initial scheduling order setting a scheduling conference in this case, nor has it received a Rule 26(f) planning-meeting report from the parties. Insofar as plaintiff is prohibited from seeking discovery at this time, and to avoid unnecessary cost, inconvenience, and waste of judicial resources posed by premature discovery, the court directs the Clerk not to issue the subpoenas as requested. Plaintiff may renew her requests consistent with the timing requirements set forth in Rule 26.

IT IS SO ORDERED.

Dated January 20, 2022, at Kansas City, Kansas.

                                                      s/ James P. O'Hara  
                                                     James P. O'Hara  
                                                     U.S. Magistrate Judge