IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMARA B. FIELDS, individually and as Personal representative for the estate of Darton A. Fields II,<br>Plaintiff,<br>v.<br><br>KANSAS DEPARTMENT OF CORRECTIONS et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case. No. 21-cv-02239-JWB |

### DEFENDANTS KDOC AND SNYDER'S MOTION TO STAY DISCOVERY

COME NOW the Defendants, Kansas Department of Corrections (KDOC) and Parole Officer Jacob Snyder, who move this Court for an Order staying discovery to include any obligation under Fed. R. Civ. P. 16 and 26, pending this Court's resolution of their Motion to Dismiss. (Doc. 26). Pursuant to D. Kan. Rule 7.1(a), Defendants file contemporaneously their Memorandum in Support, which is adopted and incorporated herein.

WHEREFORE, the Defendants Kansas Department of Corrections and Parole Officer Jacob Snyder respectfully request that this Court grant their Motion to Stay Discovery until such time as the District Court rules on their Motion to Dismiss.

1

Respectfully submitted,
OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Bryan Ross
Bryan Ross, KS #21607
Assistant Attorney General
Civil Litigation
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 291-3988
Fax:    (785) 291-3767
Email: bryan.ross@ag.ks.gov
***Attorney for Defendants***
***KDOC and Snyder***

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2022, the above and foregoing was filed with the clerk of the court by using the CM/ECF system with an electronic copy to counsel of record and that a copy of the above was served via first-class mail, postage prepaid to:

Tamara B. Fields
P.O Box 201662
Denver, Colorado 80220
*Plaintiff Pro Se*

/s/ Bryan Ross
Bryan Ross
Assistant Attorney General
OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

2