IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

TAMARA B FIELDS, individually

and personal representative for the

estate of DARTON A. FIELDS, II,

       Plaintiff,

v.                                        Case No. 21-02239-JWB

KANSAS DEPARTMENT OF CORRECTIONS,

et al.,

       Defendants,

**RESPONSE TO MOTION TO STAY ON DISCOVERY UNTIL DECISION OF DISMISSAL**

   The Plaintiff is requesting that the court DENY the request to STAY Discovery until the decision of dismissal has been made. The Plaintiff is asking the court to move forward in regards to Discovery

*[signature]*

Tamara B. Fields

5145 Kalispell

P.O. Box 201662

Denver, Co. 80220