FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

July 6, 2022

Christopher M. Wolpert
Clerk of Court

---

TAMARA B. FIELDS, individually and as personal representative for the estate of DARTON A. FIELDS, II,

    Plaintiff - Appellant,

v.

KANSAS DEPARTMENT OF CORRECTIONS, Parole Division, et al.,

    Defendants - Appellees.

No. 22-3123
(D.C. No. 2:21-CV-02239-JWB-ADM)
(D. Kan.)

---

**ORDER**

---

This matter is before the court on its own initiative following opening of the appeal and review of the district court docket.

On May 10, 2022, the district court granted defendants-appellees' motion to dismiss the action underlying this appeal [ECF No. 44], dismissed plaintiff-appellant Tamara B. Fields' complaint [*id.*], and entered judgment by separate order [ECF No. 45].

On July 1, 2022, Ms. Fields filed a *Motion for Appeal Addemun*, in which she advised the district court of her intent to appeal the dismissal of her case, "ask[ed] for time to present the appeal for reconsideration," advised the court that she "has Cancer [and] is currently undergoing treatment which requires much hospitalization," and "ask[s] for additional time to respond to court deadlines. [ECF No. 46].

The district court has yet to rule on Ms. Fields' request for additional time to appeal the dismissal of her case. Therefore, upon consideration, the court:

1. Abates this appeal pending the district court's disposition of the request for additional time Ms. Fields included in her notice of appeal [ECF No. 46]; and

2. Directs the Clerk of the district court to supplement the preliminary record for this appeal once the district court has ruled on that request. *See* 10th Cir. R. 3.2(B).

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lisa A. Lee
    Counsel to the Clerk