IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMARA B. FIELDS, individually and as personal representative for the estate of Darton A. Fields II,<br><br>          Plaintiff,<br><br>v.<br><br>KANSAS DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case. No. 21-cv-2239-JWB<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPEAL**

Defendants the Kansas Department of Corrections (KDOC) and Parole Officer Jacob Snyder submit, through Assistant Attorney General Matthew L. Shoger, this response to Plaintiff's Motion for Appeal Addemun [sic] (ECF Nos. 46, 51). The Tenth Circuit has interpreted Plaintiff's motion as both a "notice of appeal" (10th Cir.'s Order, 2, ECF No. 49) and a "request for additional time to appeal" (*Id.*). *See United States v. Powell*, 663 Fed. App'x 616, 618 (10th Cir. 2016) (citing *United States v. Smith*, 182 F.3d 733, 735 (10th Cir. 1999)) ("a motion for extension of time to appeal is the functional equivalent of a notice of appeal if it identifies three elements: (1) the name of the appealing party; (2) the judgment or order being appealed; and (3) the court to which the appeal will be taken."). Similarly, the Court has docketed the motion as both a "Notice of Appeal" (ECF No. 46) and as a "Motion for Leave to File Appeal Out of Time" (ECF No. 51). Defendants acknowledge that the motion has been filed and served on the Defendants within the 30-day grace period under Federal Rule of Appellate Procedure 4(a)(5)(A)(i), so the Court has jurisdiction over the motion and can rule on it at any

time. *See Oda v. Transcon Lines Corp.*, 650 F.2d 231, 232 (10th Cir. 1981). Defendants respectfully take no position regarding whether Plaintiff's statement that Plaintiff "has Cancer [and] is currently undergoing treatment which requires much hospitalization" meets the good cause or excusable neglect standards under the rule. *See* Fed. R. App. P. 4(a)(5)(A)(ii).

    Respectfully submitted,

    OFFICE OF ATTORNEY GENERAL
    DEREK SCHMIDT

    /s/ Matthew L. Shoger
    Matthew L. Shoger, KS No. 28151
    Assistant Attorney General
    120 SW 10th Avenue, 2nd Floor
    Topeka, Kansas 66612-1597
    matt.shoger@ag.ks.gov
    (785) 296-2215
    Fax: (785) 291-3767
    *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 12th day of July, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

 Natasha Carter
 Kansas Department of Corrections
 714 SW Jackson, Suite 300
 Topeka, KS 66603
 Natasha.Carter@ks.gov
 *Attorney for Kansas Department of Corrections*

I also certify that a copy of the above was served via first-class mail, postage prepaid to:

 Tamara B. Fields
 P.O. Box 201662
 Denver, Colorado 80220
 *Plaintiff, pro se*

            /s/ Matthew L. Shoger
            Matthew L. Shoger
            Assistant Attorney General