FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

September 21, 2022

Christopher M. Wolpert
Clerk of Court

---

TAMARA B. FIELDS, individually and as personal representative for the estate of DARTON A. FIELDS, II,

    Plaintiff - Appellant,

v.

KANSAS DEPARTMENT OF CORRECTIONS, Parole Division; JACOB SNYDER, individually and in his official capacity,

    Defendants - Appellees.

No. 22-3123
(D.C. No. 2:21-CV-02239-JWB-ADM)
(D. Kan.)

---

**ORDER**

---

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk